FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Counter-Plaintiff and Cross-Plaintiff, | ) ) ) ) | Civil No. 3:02CV1442 (AVC) |
| v. | ) ) | |
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, | ) ) ) ) | |
| Counter-Defendants, | ) ) | |
| And | ) ) | |
| MICHAEL J. ZAHARIE, DAVID G. ZAHARIE, and ELIZABETH A. ZAHARIE, | ) ) ) ) ) | |
| Cross-Defendants. | ) | NOVEMBER 3, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Plaintiffs, hereby move the

Court for a modification of the Scheduling Order in this matter. The grounds for this request are that the Plaintiffs have been unable to obtain one of their expert's report notwithstanding diligent efforts to obtain the same. One expert's report has already been disclosed. As a result of this delay in the proceedings, Plaintiffs request that the scheduling order be modified as follows:

1. All discovery completed by January 1, 2004.

2. The plaintiffs shall designate trial experts and provide opposing counsel with reports from retained experts by December 1, 2003, and depositions of any such experts completed by April 1, 2004.

3. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 1, 2004, and depositions of any such experts shall be completed by April 1, 2004.

4. All motions, except motion <u>in limine</u> incident to trial, shall be filed by May 1, 2004;

5. The parties shall file a joint trial memorandum by June 1, 2004; and

6. The case shall be ready for trial by July 30, 2004.

The undersigned has contacted counsel for the Defendant Allstate Insurance Company who join in this Motion. The proposed new order extends the defendant's timetable by two months also.

Respectfully submitted,

THE PLAINTIFFS

By _____
Tracy M. Collins (ct 03463)
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Drive
New London, CT 06320
Tel. No.: (860) 442-0367
Fax No.: (860) 447-9915

## CERTIFICATION

This is to certify that on this 3rd day of November, 2003, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel of record as follows:

Peter J. Valeta, Esq.
Jeffrey A. Berman, Esq.
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Linda L. Morkan, Esq.
Maria T. Ackley, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

John A. Collins, III, Esq.
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
P.O. Box 1591
New London, CT  06320


_____
Tracy M. Collins