#38

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, ) ) ) Plaintiffs, ) ) v. ) ) ALLSTATE INSURANCE COMPANY, ) ) Defendant. ) ) ALLSTATE INSURANCE COMPANY, ) ) Counter-Plaintiff and ) Cross-Plaintiff, ) ) v. ) ) JOHN DOE 1, JOHN DOE 2, and ) JANE DOE, ) ) Counter-Defendants, ) ) And ) ) MICHAEL J. ZAHARIE, ) DAVID G. ZAHARIE, and ) ELIZABETH A. ZAHARIE, ) ) Cross-Defendants. ) | Civil No. 3:02CV1442 (AVC)<br><br><br><br><br><br><br><br><br>NOVEMBER 3, 2003 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

3:02CV1442(AVC). November 6, 2003. Based on the state of the record, the court concludes that the plaintiffs have failed to show good cause. The plaintiffs' motion for an extension of time (document no. 38) is therefore DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.