FILED

2003 NOV 21  P 1: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>    Defendant )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>    Counter-Plaintiff and )<br>    Cross-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE 1, JOHN DOE 2, and JANE DOE )<br>    Counter-Defendants, )<br>)<br>And )<br>)<br>MICHAEL J. ZAHARIE, DAVID G. ZAHARIE )<br>and ELIZABETH A. ZAHARIE, )<br>    Cross Defendants. ) | CASE NO.: 3:02CV1442 (AVC)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 21, 2003 |

## MOTION FOR LEAVE
## TO FILE LATE-FILED 26(a)(2) DISCLOSURE AND REPORT

The Plaintiff, John Doe 1, respectfully moves for permission to file the attached disclosure and expert report. In support of this motion, Plaintiff asserts the following:

1.    The Scheduling Order in the instant matter called for Plaintiff to file the

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

disclosure notice and expert report by November 1, 2003.

2. Plaintiff has previously filed and disclosed a notice and report of retained expert, Dale P. Faulkner.

3. Plaintiff's proposed disclosure and report of retained expert, Robert R. Googins, is filed approximately nineteen (19) days past the November 1, 2003 deadline.

4. Counsel for plaintiffs, John Doe 2 and Jane Doe, had previously filed, on or about November 3, 2003, a Motion for Modification of Scheduling Order which motion requested an extension of time until December 1, 2003 to file the proposed expert report and which motion was denied by this Court on November 6, 2003.

5. Each counsel for the Plaintiffs, John Doe 1, John Doe 2 and Jane Doe, has spoken with a proposed expert over the course of several months concerning said expert's proposed disclosure in order to comply with this Court's Scheduling Order. Said expert recently disclosed to counsel that his partners are seeking business from the defendant, Allstate, and, accordingly, could not be of assistance to Plaintiffs' counsel (despite Plaintiffs' counsel inquiring of said expert about potential conflicts with Allstate in the initial telephone call months ago). Plaintiffs' counsel diligently sought out the services of an additional expert, Robert R. Googins, resulting in the attached disclosure and report.

**WHEREFORE**, Plaintiffs respectfully submit that good cause exists to allow the late-filing of the §26(a)(2) disclosure and report inasmuch as the Defendants will not be prejudiced thereby and the trial in the instant matter will not be delayed.

Counsel for plaintiffs, John Doe 2 and Jane Doe, joins in the instant motion.

Page 2 of 3

Respectfully submitted,

**The Plaintiffs**

By: _____
John A. Collins, III, of
Suisman, Shapiro, Wool,
Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
Tel. No. (860) 442-4416
Fax No. (860) 442-0495
Email: Jcollins@sswbgg.com
Federal Juris No.: CT 010452

## CERTIFICATION

I hereby certify that a copy of the above was mailed this 21st day of November, 2003 to : *Tracy M. Collins, Esquire,* Waller, Smith & Palmer, P.C., 52 Eugene O'Neill Dr., New London, CT 06320; **Linda L. Morkan, Esquire**, Robinson & Cole, LLP, 280 Trumbull Street, One Commercial Street, Hartford, CT 06103-3597; **Maria T. Ackley, Esquire**, Robinson & Cole, LLP, 280 Trumbull Street, One Commercial Street, Hartford, CT 06103-3597 **Peter J. Valeta, Esquire**, Ross & Hardies, 150 N. Michigan Avenue, Suite 2500, Chicago, IL 60601; and, *Jeffrey A. Berman, Esquire*, 150 N. Michigan Avenue, Suite 2500, Chicago, IL 60601.

_____
John A. Collins, III

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114