FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 24  P 4: 49

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Counter-Plaintiff and Cross-Plaintiff, | ) ) ) ) | Civil No. 3:02CV1442 (AVC) |
| v. | ) ) | |
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, | ) ) ) | |
| Counter-Defendants, | ) ) ) | |
| And | ) ) | |
| MICHAEL J. ZAHARIE, DAVID G. ZAHARIE, and ELIZABETH A. ZAHARIE, | ) ) ) ) | |
| Cross-Defendants. | ) | NOVEMBER 24, 2003 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the Defendant, Allstate Insurance Company ("Allstate"), hereby move the Court for a modification of the

HART1-1138099-2

Scheduling Order in this matter. The grounds for this request are that on November 21, 2003, the Plaintiffs, John Doe 1, John Doe 2 and Jane Doe ("Doe Plaintiffs") filed a Motion for Leave to file Late-Filed 26(a)(2) Disclosure and Report. Plaintiffs' counsel also advised that they intend to notice several depositions prior to the expiration of the January 1, 2004 discovery deadline. As a result of these new developments, Allstate will require additional time for discovery and requests that the scheduling order be modified as follows:

1. All discovery completed by February 1, 2004.

2. Depositions of plaintiff's experts completed by February 1, 2004.

3. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before February 15, 2004, and depositions of any such experts shall be completed by March 15, 2004.

4. All motions, except motion <u>in limine</u> incident to trial, shall be filed by April 1, 2004;

5. The parties shall file a joint trial memorandum by April 15, 2004; and

6. The case shall be ready for trial by May 1, 2004.

While this request extends the time for discovery, it does not extend the trial ready date. Assuming this Motion is granted, Allstate does not intend to object to plaintiff's expert disclosure based on timeliness.[1]

---

[1] Allstate reserves its rights, however, to object to the plaintiffs' expert disclosures on substantive grounds.

The undersigned has contacted counsel for the Doe Plaintiffs who represents that they do not object to the Motion.

Respectfully submitted,
ALLSTATE INSURANCE COMPANY          THE PLAINTIFFS,


By *(signature)*
Linda L. Morkan (ct03196)
Maria T. Ackley (ct18118)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: lmorkan@rc.com
E-mail: mackley@rc.com


Of Counsel

Peter J. Valeta
Jeffrey A. Berman
McGuireWoods Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Tel. No.: (312) 558-1000
Fax No.: (312) 750-6000
E-mail: pvaleta@mcguirewoods.com
E-mail: jberman@mcguirewoods.com

## CERTIFICATION

This is to certify that on this 24th day of November, 2003, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel of record as follows:

Tracy M. Collins, Esq.
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Drive
New London, CT  06320


John A. Collins, III, Esq.
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
P.O. Box 1591
New London, CT  06320



Maria T. Ackley