IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE<br>    Plaintiffs | )<br>)<br>) |
| v. | )<br>) |
| ALLSTATE INSURANCE COMPANY,<br>    Defendant | )<br>)<br>) |
| ALLSTATE INSURANCE COMPANY,<br>    Counter-Plaintiff and<br>    Cross-Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| JOHN DOE 1, JOHN DOE 2, and JANE DOE<br>    Counter-Defendants, | )<br>)<br>) |
| And | )<br>) |
| MICHAEL J. ZAHARIE, DAVID G. ZAHARIE<br>and ELIZABETH A. ZAHARIE,<br>    Cross Defendants. | )<br>)<br>) |

CASE NO.: 3:02CV1442 (AVC)

NOVEMBER 21, 2003

### MOTION FOR LEAVE
### TO FILE LATE-FILED 26(a)(2) DISCLOSURE AND REPORT

The Plaintiff, John Doe 1, respectfully moves for permission to file the attached disclosure and expert report. In support of this motion, Plaintiff asserts the following:

1. The Scheduling Order in the instant matter called for Plaintiff to file the

November 24, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114