C2CV1442exthme.

43

FILED

2003 NOV 24 P 12: 49

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| ALLSTATE INSURANCE COMPANY, ) ) | |
| Defendant. ) ) | |
| ALLSTATE INSURANCE COMPANY, ) ) | |
| Counter-Plaintiff and Cross-Plaintiff, ) ) ) | Civil No. 3:02CV1442 (AVC) |
| v. ) ) | |
| JOHN DOE 1, JOHN DOE 2, and JANE DOE, ) ) ) | |
| Counter-Defendants, ) ) | |
| And ) | |

3:02CV1442(AVC). November 25, 2003. The defendant's motion to modify scheduling order (document no. 43) is GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by February 20, 2004; (2) depositions of plaintiffs' experts shall be completed by January 15, 2004; (2) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before February 1, 2004, and depositions of any such experts shall be completed by February 20, 2004; (3) all motions, except motions in limine incident to a trial, shall be filed on or before March 15, 2004; (4) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 15, 2004; and (8) the case shall be ready for trial by May 1, 2004. SO ORDERED.