UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**February 25, 2004**
**2:00 p.m.**

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:02CV01442(AVC) Doe, et al v. Allstate Insurance Company</u>

Maria T. Ackley
Linda L. Morkan
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Jeffrey A. Berman
Peter J. Valeta
Ross & Hardies
150 North Michigan Ave.
Suite 2500
Chicago, IL 60601

John A. Collins III
Suisman, Shapiro, Wool
Brennan, Gray & Greenberg
2 Union Plaza, PO Box 1591
Ste. 200
New London, CT 06320

Tracy M. Collins
Waller, Smith & Palmer, P.C.
52 Eugene O'Neill Dr., Po Box 88
New London, CT 06320

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK