47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────────── ) | Case No. 3:02CV1442 (AVC) |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Counter-Plaintiff and Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE 1, JOHN DOE 2 and JANE DOE, ) | |
| ) | |
| Counter-Defendants, ) | |
| ) | |
| And ) | |
| ) | |
| MICHAEL J. ZAHARIE, DAVID G. ZAHARIE ) | |
| and ELIZABETH A. ZAHARIE, ) | |
| ) | |
| Cross-Defendants. ) | |
| ) | March 1, 2004 |

AGREED MOTION TO MODIFY SCHEDULING
ORDER AND REQUEST FOR EXPEDITED RESOLUTION

Defendant, Allstate Insurance Company ("Allstate"), with the agreement of

:02CV1442(AVC). March 3, 2004. The motion to modify scheduling order (document no. 47) is GRANTED as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by March 26, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before April 19, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 15, 2004; and (4) the case shall be ready for trial by June 1, 2004. SO ORDERED.

Alfred V. Covello, U.S.D.J.