FILED

2004 APR 13  A 10: 54

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Defendant )<br>———————————————————— )<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Counter-Plaintiff and Cross-Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE 1, JOHN DOE 2 and JANE DOE, )<br>Counter-Defendants, )<br>And )<br>MICHAEL J. ZAHARIE, DAVID G. ZAHARIE )<br>and ELIZABETH A. ZAHARIE, )<br>Cross-Defendants )<br>———————————————————— ) | Case No. 3:02CV1442 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br>April 12, 2004 |

**AGREED MOTION FOR EXTENSION OF TIME
AND TO MODIFY SCHEDULING ORDER**

Plaintiffs, John Doe 1, John Doe 2, and Jane Doe, pursuant to the Federal Rules of Civil Procedure, Rule 7, and Local Rule 7 (b), in agreement with the Defendant, Allstate Insurance Company, hereby respectfully move this Honorable Court for an extension of time and to modify

the scheduling order, for good cause, to allow the parties to mediate the case and controversy. In support thereof, the Plaintiffs aver as follows:

1. The Court, Judge Alfred V. Covello, on March 3, 2004, granted an Agreed Motion for Extension of Time of scheduling order deadlines. The deadline for filing motions was extended from March 15, 2004 until April 19, 2004.

2. Discovery efforts have since been completed by the Plaintiffs and the Defendant in a cooperative and diligent manner.

3. In light of information and evidence obtained from the discovery process by Plaintiffs and Defendant, the parties have agreed to private mediation in the spirit of constructive accommodation and toward the goal of final resolution.

4. The Plaintiffs and the Defendant have agreed to their mutual satisfaction upon a mediator, Retired Judge Beverly Hodgson, who has agreed to attempt to mediate the case and controversy under the auspices of the American Dispute Resolution Center.

5. The earliest date upon which the mediation can commence, to accommodate all parties, is May 19, 2004.

WHEREFORE, Plaintiffs John Doe 1, John Doe 2, and Jane Doe, with the agreement of the Defendant Allstate, hereby respectfully request this Honorable Court issue an Order, at the earliest possible date, modifying the existing case schedule as follows:

(A) Extending the deadline for filing motions, except motions in limine incident to a trial, from April 19, 2004 to June 20, 2004.

(B) Providing such other relief as the Court deems just and appropriate under the circumstances.

>Respectfully submitted,
>THE PLAINTIFFS,
>
>By _____
>Tracy M. Collins, Esquire of
>Waller, Smith & Palmer, P.C.
>52 Eugene O' Neill Drive
>New London, CT  06320
>Tel:  860-442-0367
>Fax: 860-447-9915
>Email: tmcollins@wallersmithpalmer.com
>Federal Juris No.: ct03463
>Their Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 12th day of April, 2004 to the following:

Linda L. Morkan, Esquire
Maria T. Ackley, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

John A. Collins, III, Esquire of
Suisman, Shapiro, Wool, Brennan,
Gray, Greenberg, P.C.
P.O. Box 1591
New London, CT 06320

*Of Counsel*
Peter J. Valeta
Jeffery Berman
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Tracy M. Collins