FILED

2004 APR 13 A 10: 54

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ALLSTATE INSURANCE COMPANY,  )<br>)<br>Defendant  )<br>_____)<br>ALLSTATE INSURANCE COMPANY,  )<br>)<br>Counter-Plaintiff and Cross-Plaintiff,  )<br>)<br>v.  )<br>)<br>JOHN DOE 1, JOHN DOE 2 and JANE DOE,  )<br>Counter-Defendants,  )<br>And  )<br>MICHAEL J. ZAHARIE, DAVID G. ZAHARIE  )<br>and ELIZABETH A. ZAHARIE,  )<br>Cross-Defendants  )<br>_____) | Case No. 3:02CV1442 (AVC)<br><br><br><br>April 12, 2004 |

**AGREED MOTION FOR EXTENSION OF TIME
AND TO MODIFY SCHEDULING ORDER**

3:02CV1442(AVC).  April 14, 2004.  The motion for an extension of time (document no. 51) is GRANTED as follows: (1) All motions, except motions *in limine* incident to a trial, shall be filed on or before June 30, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 30, 2004; and (6) the case shall be ready for trial by September 1, 2004.
SO ORDERED.