UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN DOE, 1, JOHN DOE, 2
and JANE DOE,
    Plaintiffs,

        Vs.                           CASE NO. 3:02CV01442(AVC)

ALLSTATE INS. CO.
    Defendant, Counter-Plaintiff & Cross-Plaintiff

        Vs.

JOHN DOE, 1, JOHN DOE, 2
and JANE DOE,
    Counter-Defendants

        Vs.

MICHAEL J. ZAHARIE, DAVID G. ZAHARIE and
ELIZABETH A. ZAHARIE,
    Cross-Defendants

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>July 1, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on <u>July 31, 2004</u> unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 1st day of July, 2004.

                         KEVIN F. ROWE, CLERK


            By   /s/ JW
                    Jo-Ann Walker
                    Deputy Clerk