IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE,  )<br>     )<br>     Plaintiffs,    )<br>     )<br>v.    )<br>     )<br>ALLSTATE INSURANCE COMPANY,    )<br>     )<br>     Defendant    )<br>_____   )<br>ALLSTATE INSURANCE COMPANY,    )<br>     )<br>  Counter-Plaintiff and Cross-Plaintiff,   )<br>     )<br>v.    )<br>     )<br>JOHN DOE 1, JOHN DOE 2 and JANE DOE,  )<br>     Counter-Defendants,    )<br>          And    )<br>MICHAEL J. ZAHARIE, DAVID G. ZAHARIE )<br>and ELIZABETH A. ZAHARIE,    )<br>     Cross-Defendants    )<br>_____   ) | Case No. 3:02CV1442 (AVC)<br><br><br><br><br><br>March 3, 2004 |

### PLAINTIFFS' MOTION TO COMPEL PRODUCTION

Pursuant to the Federal Rules of Civil Procedure, Rule 37 (a) (2) (A), and Local Rules 7.1 and 37, the Plaintiffs John Doe 1, John Doe 2, and Jane Doe ("the Plaintiffs") move to compel production of the documents following the March 5, 2003 Request for Production 1 (a) (attached as Exhibit A) for the reasons more particularly set forth in the attached Memorandum.

3:02CV1442(AVC).   July 1, 2004.  DENIED as moot.
SO ORDERED.

          Alfred V. Covello, U.S.D.J.