IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2 and JANE DOE<br>　　　Plaintiffs | )<br>)<br>) |
| v. | )<br>) |
| ALLSTATE INSURANCE COMPANY,<br>　　　Defendant | )<br>)<br>) |
| ALLSTATE INSURANCE COMPANY,<br>　　　Counter-Plaintiff and<br>　　　Cross-Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| JOHN DOE 1, JOHN DOE 2, and JANE DOE<br>　　　Counter-Defendants, | )<br>)<br>) |
| And | )<br>) |
| MICHAEL J. ZAHARIE, DAVID G. ZAHARIE<br>and ELIZABETH A. ZAHARIE,<br>　　　Cross Defendants. | )<br>)<br>) |

CASE NO.: 3:02CV1442 (AVC)

JULY 9, 2004

## STIPULATION FOR DISMISSAL

Plaintiffs, John Doe 1, John Doe 2 and Jane Doe and defendant, Allstate Insurance Company, by their respective undersigned counsel, file the instant Stipulation for Dismissal pursuant to Fed.R.Civ.P. §41(a)(1)(ii) and stipulate that the above-entitled action, including all

Complaints, Counterclaims and Crossclaims, may be dismissed with prejudice, each party to bear its respective costs and fees.

| THE PLAINTIFF, | THE PLAINTIFFS, |
|---|---|
| JOHN DOE 1 | JOHN DOE 2 and JANE DOE |

By:_____  By:_____

*John A. Collins, III*  *Tracy M. Collins*
*Suisman, Shapiro, Wool,*  *Waller, Smith & Palmer*
*Brennan, Gray & Greenberg, P.C.*  *52 Eugene O'Neill Drive*
*2 Union Plaza, Suite 200*  *New London, CT 06320*
*P.O. Box 1591*  *Tel. No. (860) 442-0367*
*New London, CT 06320*  *Fax No. (860) 447-9915*
*Tel. No. (860) 442-4416*  *Email:tmcollins@wallersmithpalmer.com*
*Fax No. (860) 442-0495*  *Federal Juris No.: CT 03463*
*Email:* *Jcollins@sswbgg.com*
*Federal Juris No.: CT 010452*

THE DEFENDANT,

**ALLSTATE INSURANCE COMPANY**

By:_____
*Linda Morkan*
*Robinson & Cole, LLC*
*280 Trumbull Street*
*Hartford, CT 06103-3597*
*Tel. No. (860) 275-8219*
*Fax No. (860) 275-8299*
*Federal Juris No.: CT 03196*

## **CERTIFICATION**

I hereby certify that a copy of the above was faxed and mailed this _____ day of July, 2004 to*: Tracy M. Collins, Esquire,* Waller, Smith & Palmer, P.C., 52 Eugene O'Neill Dr., New London, CT 06320; *Linda L. Morkan, Esquire*, Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103-3597; *and Peter J. Valeta, Esquire*, McGuire Woods, LLP, 150 N. Michigan Avenue, Suite 2500, Chicago, IL 60601.

_____
*John A. Collins, III*

## *ORDER*

Upon the foregoing motion having been heard, and for good cause shown, the same is hereby:

_____GRANTED          BY THE COURT:

_____DENIED             _____
                                    *Judge/Clerk*

00173237.WPD; v.